1  BRADFORD K. NEWMAN (SB# 178902) bradfordnewman@paulhastings.com
   SHANNON S. SEVEY (SB# 229319) shannonsevey@paulhastings.com
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   Five Palo Alto Square
3  Sixth Floor
   Palo Alto, CA 94306-2155
4  Telephone: (650) 320-1800
   Facsimile: (650) 320-1900
5
   Attorneys for Plaintiff
6  ARCSOFT INC.

7

ORIGINAL FILED
JUL - 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8           UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  ARCSOFT INC., | CASE NO. C07-03512 SC |
| 13             Plaintiff, | **DECLARATION OF SHANNON S. SEVEY IN SUPPORT OF ARCSOFT INC.'S APPLICATION FOR TEMPORARY RESTRAINING ORDER** |
| 14  vs. | |
| 15  PAUL FRIEDMAN, | |
| 16             Defendant. | Date: July 6, 2007<br>Time: 9:30 a.m.<br>Dept: Courtroom 1, 17th Floor<br>Bef: The Hon. Samuel Conti |

Case No. C07-03512 SC

SEVEY DECLARATION

I, Shannon S. Sevey, declare:

1. I am an attorney at law licensed to practice before this Court. I am associated with the law firm of Paul, Hastings, Janofsky & Walker LLP, counsel of record for Plaintiff ArcSoft Inc. I have personal knowledge of the facts contained herein, and if called as a witness, I could and would testify competently thereto.

2. Pursuant to Federal Rule of Civil Procedure 65(b) and for good cause appearing, ArcSoft has not provided notice of the *ex parte* hearing on its Motion for a Temporary Restraining Order, Evidence Preservation Order, Order to Show Cause re Issuance of Preliminary Injunction, and Order Granting Expedited Discovery to Defendant Paul Friedman because it believes that doing so will result in the risk of immediate, irreparable, and further injury, loss, and damage. Specifically, based on the evidence gathered to date, including:

(A) as set forth in the Declaration of Tonie Berryman filed herewith, Friedman, who holds a degree in Computer Science and who is technically savvy, refused to return the laptop even when directed to do so by a law enforcement officer;

(B) as reflected in the Declaration of Lee Curtis filed herewith, the forensic examination performed on the laptop by Aon Consulting demonstrates that, while it was unlawfully in Friedman's possession for almost 29 hours, and after refusing ArcSoft's demands and the Fremont Police Department's instruction to return the computer, a wiping program was installed on the computer and used to destroy all data on the computer, including forensic evidence of what files Friedman accessed and/or copied off of the laptop;

(C) as reflected in the Declaration of Victor Chen filed herewith, when ArcSoft thereafter inquired of Friedman in writing on multiple occasions concerning (i) what files on the laptop he accessed during the time in question; (ii) what files that resided on the laptop prior to his wiping all contents of the laptop he copied to another source during the time in question; (iii) who else accessed the ArcSoft data on the laptop during the time in question; (iv) what program he used to wipe the data off the laptop; and (v) whether he had in fact returned all hard and electronic copies of any ArcSoft data to ArcSoft, Friedman refused to answer these questions;

1   (D) as reflected in the Declaration of Tonie Berryman filed herewith, when ArcSoft provided Friedman with written notice it was rescinding a three-month severance offer, Friedman replied "do you want to try to get your pc problem fixed?", suggesting that Friedman is in possession of facts that can potentially help ArcSoft recover the data Friedman deleted off of the laptop, but which facts Friedman has refused to voluntarily disclose to ArcSoft absent the payment of some monetary consideration and which otherwise shows no remorse on Friedman's part; and

(E) as reflected in the Declaration of Lee Curtis filed herewith, the fact that from a technological perspective, electronic data and the preservation of the same is subject to many human and technological perils;

ArcSoft is informed and believes that there is a substantial risk that if Friedman is put on notice of these proceedings, he will use the notice period to further destroy any remaining data and evidence in his possession.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, except where stated on information and belief. Executed on this 6th day of July, 2007, in Palo Alto, California.

_____
Shannon S. Sevey