UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

```
 C-07-3512            SAMUEL CONTI           DATE 7/6/07
Case Number           Judge
```

Title: ARCSOFT INC.              vs PAUL FRIEDMAN

Attorneys: BRADFORD NEWMAN
           SHANNON SEVEY

Deputy Clerk: T. De Martini     Court Reporter: SYLVIA RUSSO

    Plaintiff's Ex Parte Application for Temporary Restraining Order, Evidence Preservation Order, Order to Show Cause re Issuance of Preliminary Injunction, and Order Granting Expedited Discovery

Motion: Granted

Order to be Prepared by: Plaintiff

Case Continued to: 7/13/07 @ 10:00 a.m. for Order to Show Cause

ORDERED AFTER HEARING: Along with the Order to Show Cause to be held on 7/13/07 the Court will discuss Plaintiff's request for expedited discovery.  The Plaintiff is to post a bond in the amount of $25,000.00.

cc: