BRADFORD K. NEWMAN (SB# 178902)  bradfordnewman@paulhastings.com
SHANNON S. SEVEY (SB# 229319)  shannonsevey@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
Five Palo Alto Square
Sixth Floor
Palo Alto, CA 94306
Telephone:  (650) 320-1800
Facsimile:  (650) 320-1900

Attorneys for Plaintiff
ARCSOFT INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARCSOFT INC., <br><br> Plaintiff, <br><br> vs. <br><br> PAUL FRIEDMAN, <br><br> Defendant. | CASE NO.  C07-03512 SC <br><br> **PROOF OF SERVICE BY HAND DELIVERY** |

Case No.  C07-03512 SC

PROOF OF SERVICE

## PROOF OF SERVICE BY HAND DELIVERY

STATE OF CALIFORNIA           )
                              ) ss:
COUNTY OF SANTA CLARA         )

I am employed in the City of Palo Alto, County of Santa Clara, State of California. I am over the age of 18, and not a party to the within action. My business address is Five Palo Alto Square, Sixth Floor, Palo Alto, California 94306-2155.

On July 6, 2007, I caused to be served copies copy of the foregoing documents described as:

**CIVIL COVER SHEET**

**SUMMONS IN A CIVIL CASE**

**COMPLAINT FOR VIOLATION OF COMPUTER FRAUD AND ABUSE ACT AND RELATED COUNTS (INCLUDING REQUEST FOR INJUNCTIVE RELIEF AND DAMAGES)**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

**U.S. DISTRICT COURT NORTHERN CALIFORNIA – ECF REGISTRATION INFORMATION HANDOUT**

**U.S. DISTRICT COURT NORTHERN CALIFORNIA – ADR DISPUTE RESOLUTION PROCEDURES**

**U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA – NOTICE OF AVAILABILITY TO MAGISTRATE JUDGE TO EXECRISE JURISDICTION**

**WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO OFFICE HOURS: 9:00 A.M. TO 4:00 P.M. – GUIDELINE SHEET**

**JUDGE CONTI'S STANDING ORDERS INFORMATION**

**ARCSOFT INC.'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER, EVIDENCE PRESERVATION ORDER, ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION, AND ORDER GRANTING EXPEDITED DISCOVERY**

**DECLARATION OF ANTHONY ADION IN SUPPORT OF ARCOSFT INC.'S APPLICATION FOR TEMPORARY RESTRAINING ORDER**

**DECLARATION OF TONIE BERRYMAN IN SUPPORT OF ARCSOFT INC.'S APPLICATION FOR TEMPORARY RESTRAINING ORDER**

**DECLARATION OF VICTOR CHEN IN SUPPORT OF ARCSOFT INC.'S APPLICATION FOR TEMPORARY RESTRAINING ORDER**

**DECLARATION OF LEE CURTIS IN SUPPORT OF ARCSOFT INC.'S APPLICATION FOR TEMPORARY RESTRAINING ORDER**

**DECLARATION OF SHANNON S. SEVEY IN SUPPORT OF ARCSOFT INC.'S APPLICATION FOR TEMPORARY RESTRAINING ORDER**

**[PROPOSED] ORDER GRANTING ARCSOFT INC.'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER, EVIDENCE PRESERVATION ORDER, AND ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION**

**ORDER GRANTING ARCSOFT INC.'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER, EVIDENCE PRESERVATION ORDER, AND ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION**

**PROOF OF SERVICE BY HAND DELIVERY**

☐ **VIA PDF EMAIL:**

By forwarding the documents by electronic transmission on this date, in compliance with Civil L.R. 23-2, to:

at the Designated Internet Sites as listed above.

☐ **VIA U.S. MAIL:**

On July 6, 2007, at Palo Alto, California. by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth above.

☒ **VIA HAND DELIVERY:**

I caused to be delivered such sealed envelope by hand to the addressee's below pursuant to CCP § 1011.

**Paul Friedman
436 Boynton
Berkeley, CA 94707
(510) 526-1863**

-3-    PROOF OF SERVICE

Case No. C07-03512 SC

1  ☐  **VIA FACSIMILE:**

2  I caused said documents to be transmitted by facsimile pursuant to Federal Rule of Civil Procedures 5 (b)(2)(d). The facsimile was transmitted to the facsimile numbers shown below on July 6, 2007. The facsimile transmission report indicated that the transmission was complete and without error.

3

4

5  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

6  Executed on July 6, 2007, at Palo Alto, California.

7

8  _____
      CHERYL A. GARDNER

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C07-03512 SC

-4-

PROOF OF SERVICE

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| PAUL, HASTINGS, JANOFSKY & WALKER<br>5 Palo Alto Square, 6th Floor<br>Palo Alto, CA 94306<br>Telephone No: (650) 320-1800   FAX No: (650) 320-1900<br>Ref. No. or File No.: 71067.00002 | | |
| Attorney for: Plaintiff | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court For The Northern District Of California | | |
| Plaintiff: ARCSOFT INC. | | |
| Defendant: FRIEDMAN | | |

| PROOF OF SERVICE<br>UNITED STATES DISTRICT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C07-03512 SC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the United States District Court Summons And Complaint In A Civil Case Letter; Civil Cover Sheet; Ecf Registration Information Handout; Order Setting Initial Case Management Conference And Adr Deadlines; Adr Dispute Resolution Procedures; Notice Of Availability Of Magistrate Judge To Exercise Urisdiction; Welcom To The U. District Court (Guidelines); Judge Information; Ex Parte Application For Temporary Restraining Order; Declaration Of Anthony Adion; Declaration Of Tonie Berryman; Declaration Of Victor Chen; Declaration Of Lee Curtis; Declaration Of Shannon S. Sevey; [Proposed] Order; Order

3. a. Party served:   PAUL FRIEDMAN

4. Address where the party was served:   436 BOYNTON
   BERKELEY,

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jul. 06, 2007 (2) at: 6:03PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. VIRGILIO G. RONDOLO
   b. SWIFT ATTORNEY SERVICE
   P.O. BOX 5324
   500 ALLERTON STREET, SUITE 105
   Redwood City, CA 94063
   c. (650)364-9612, FAX (650)364-3305

   d. **The Fee** for Service was:   $128.50
   e. I am: (3) registered California process server
      (i) Owner
      (ii) Registration No.:   285
      (iii) County:   San Mateo

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Mon, Jul. 09, 2007

(VIRGILIO G. RONDOLO)

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
UNITED STATES DISTRICT

paul.10037