1  BRADFORD K. NEWMAN (SB# 178902) bradfordnewman@paulhastings.com
   SHANNON S. SEVEY (SB# 229319) shannonsevey@paulhastings.com
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   Five Palo Alto Square
3  Sixth Floor
   Palo Alto, CA 94306
4  Telephone: (650) 320-1800
   Facsimile: (650) 320-1900
5
   Attorneys for Plaintiff
6  ARCSOFT INC.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12 ARCSOFT INC.,                    CASE NO. C07-03512 SC

13         Plaintiff,

14     vs.                          **PROOF OF SERVICE BY FACSIMILE**

15 PAUL FRIEDMAN,

16         Defendant.

17

                                                    PROOF OF SERVICE
Case No. C07-03512 SC

**PROOF OF SERVICE BY FACSIMILE**

STATE OF CALIFORNIA            )
                               ) ss:
COUNTY OF SANTA CLARA          )

      I am employed in the City of Palo Alto, County of Santa Clara, State of California. I am over the age of 18, and not a party to the within action. My business address is Five Palo Alto Square, Sixth Floor, Palo Alto, California 94306-2155.

      On July 12, 2007, I caused to be served copies copy of the foregoing documents described as:

**ARCSOFT INC.'S MEMORANDUM IN SUPPORT OF: 1) APPLICATION FOR ORDER GRANTING PRELIMINARY INJUNCTION AND *EX PARTE* APPLICATION FOR 2) SEIZURE OF EVIDENCE 3) CONTINUED EVIDENCE PRESERVATION ORDER 4) EXPEDITED DISCOVERY 5) SANCTIONS 6) AN ORDER FINDING FRIEDMAN TO BE IN CIVIL CONTEMPT OF COURT OR IN THE ALTERNATIVE, ISSUANCE OF AN OSC RE CONTEMPT; AND 7) FOR FURTHER SANCTIONS AND PROCEEDINGS AS THE COURT DEEMS APPROPRIATE**

**DECLARATION OF SHANNON S. SEVEY**

**DECLARATION OF MICHAEL BOGGESS**

**[PROPOSED] ORDER GRANTING A PRELIMINARY INJUNCTION, SEIZURE OF EVIDENCE, CONTINUED EVIDENCE PRESERVATION, EXPEDITED DISCOVERY, AND RETURN OF BOND, AND ORDER FINDING FRIEDMAN IN CONTEMPT AND GRANTING SANCTIONS**

**PROOF OF SERVICE BY FACSIMILE**

☐   **VIA PDF EMAIL:**

    By forwarding the documents by electronic transmission on this date, in compliance with Civil L.R. 23-2, to:

    at the Designated Internet Sites as listed above.

☐   **VIA U.S. MAIL:**

    On July 12, 2007, at Palo Alto, California. by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth above.

☐   **VIA HAND DELIVERY:**

    I caused to be delivered such sealed envelope by hand to the addressee's below pursuant to CCP § 1011.

☐ **VIA OVERNIGHT DELIVERY:**

By delivering such document(s) to an overnight mail service or an authorized courier in a sealed envelope or package designated by the express service courier addressed to the person(s) on whom it is to be served as listed below:

**Paul Friedman**
**436 Boynton**
**Berkeley, CA 94707**
**(510) 526-1863**

☒ **VIA FACSIMILE:**

I caused said documents to be transmitted by facsimile pursuant to Federal Rule of Civil Procedures 5 (b)(2)(d). The facsimile was transmitted to the facsimile numbers shown below on July 12, 2007. The facsimile transmission report indicated that the transmission was complete and without error.

Jack Russo
RUSSO & HALE LLP
401 Florence Street
Palo Alto, CA 94301 USA
www.computerlaw.com
650-327-3737 (fax)

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 12, 2007, at Palo Alto, California.

_____
CHERYL A. GARDNER