UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

C-07-3512           SAMUEL CONTI              DATE 7/13/07
Case Number         Judge

Title: ARCSOFT INC.                vs PAUL FRIEDMAN

Attorneys: BRADFORD NEWMAN         JACK RUSSO
           SHANNON SEVEY

Deputy Clerk: T. De Martini    Court Reporter: Debra Pas


PROCEEDINGS: Order to Show Cause Hearing


CASE REFERRED TO: U.S. MAGISTRATE JUDGE NANDOR VADAS

The parties are to appear before Magistrate Judge Nandor Vadas on Wednesday, July 18, 2007 at 10:00 A.M. and report on Defendant's compliance with the Temporary Injunction Order filed on July 6, 2007.


ORDERED AFTER HEARING:

1) The Defendant is to call Hewlett Packard and have them immediately return the computer he sent to them before fixing it.

2) The Defendant is to file an affidavit under penalty of perjury stating that he does not have any of Plaintiff's proprietary property.

3) Plaintiff's bond of $25,000. is to stay in place pending further hearings.

4) The Defendant is to preserve all computer evidence in compliance with the Temporary Restraining Order filed July 6, 2007.


cc Wings