ORIGINAL

# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

ARCSOFT INC.

E-filing

v.

PAUL FRIEDMAN

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C07-03512 SC ADR

TO: (Name and address of defendant)

Paul Friedman
436 Boynton
Berkeley, CA 94707

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Bradford K. Newman, Esq.
Paul Hastings Janofsky & Walker LLP
Five Palo Alto Square, 6th Floor
Palo Alto, CA 94306-2155
(650) 320-1800

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE JUL - 5 2007

(BY) DEPUTY CLERK

| *Attorney or Party without Attorney:* <br> **PAUL, HASTINGS, JANOFSKY & WALKER** <br> 5 Palo Alto Square, 6th Floor <br> Palo Alto, CA 94306 <br> *Telephone No:* (650) 320-1800   *FAX No:* (650) 320-1900 | *For Court Use Only* |
|---|---|
| *Attorney for:* Plaintiff    *Ref. No. or File No.:* 71067.00002 | |
| *Insert name of Court, and Judicial District and Branch Court:* <br> United States District Court For The Northern District Of California | |
| *Plaintiff:* ARCSOFT INC. <br> *Defendant:* FRIEDMAN | |

| **PROOF OF SERVICE** <br> **UNITED STATES DISTRICT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* <br> C07-03512 SC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the United States District Court Summons And Complaint In A Civil Case Letter; Civil Cover Sheet; Ecf Registration Information Handout; Order Setting Initial Case Management Conference And Adr Deadlines; Adr Dispute Resolution Procedures; Notice Of Availability Of Magistrate Judge To Exercise Urisdiction; Welcom To The U. District Court (Guidelines); Judge Information; Ex Parte Application For Temporary Restraining Order; Declaration Of Anthony Adion; Declaration Of Tonie Berryman; Declaration Of Victor Chen; Declaration Of Lee Curtis; Declaration Of Shannon S. Sevey; [Proposed] Order; Order

3. a. Party served:               PAUL FRIEDMAN

4. Address where the party was served:   436 BOYNTON <br> BERKELEY,

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jul. 06, 2007 (2) at: 6:03PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. VIRGILIO G. RONDOLO            d. **The Fee** *for Service was:*   $128.50
   b. **SWIFT ATTORNEY SERVICE**        e. I am: (3) registered California process server
      P.O. BOX 5324                     (i) Owner
      500 ALLERTON STREET, SUITE 105    (ii) Registration No.:   285
      Redwood City, CA 94063            (iii) County:   San Mateo
   c. (650)364-9612, FAX (650)364-3305

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Mon, Jul. 09, 2007

Judicial Council Form POS-010                     PROOF OF SERVICE                    (VIRGILIO G. RONDOLO)    paul.10037
Rule 982.9.(a)&(b) Rev January 1, 2007            UNITED STATES DISTRICT