JACK RUSSO (State Bar No. 96068)
RUSSO & HALE LLP
401 Florence Street
Palo Alto, CA 94301
Telephone: (650) 327-9800
Facsimile (650) 327-3737
Email: jrusso@computerlaw.com

Attorneys for Defendant
PAUL FRIEDMAN

# IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

### San Francisco Division

| | |
|---|---|
| ARCSOFT, INC., | Case No. C-07-03512 SC |
| Plaintiff, | **NOTICE OF APPEARANCE OF RUSSO & HALE LLP AS COUNSEL FOR DEFENDANT PAUL FRIEDMAN** |
| vs. | |
| PAUL FRIEDMAN, | |
| Defendant. | |

**TO ARCSOFT, INC., AND ITS ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that the law firm of Russo & Hale LLP will serve and now appears as counsel for Defendant Paul Friedman in the above-referenced matter.

Dated: July 18, 2007                          RUSSO & HALE LLP

By:      /s/ Jack Russo
Jack Russo

Attorneys for Defendant
PAUL FRIEDMAN

Notice of Appearance                          1                          C-07-03512 SC