## CIVIL MINUTES

**Magistrate Judge Nandor J. Vadas**          **FTR 10:57-11:11;11:18-11:27;2:35-3:38**

Date: **July 18, 2007**

Case No:**C07-3512 SC**

Case Name:  **Arcsoft, Inc. v. Paul Freedman**

Plaintiff  Attorney(s): Brad Newman; Victor Chin
Defendant Attorney(s): Jack Russo

Deputy Clerk:  **Wings Hom**

Report on deft's compliance with temporary injunction order.

.
[]Case Management Conference [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING:**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  []  Court
**Case continued to:**

**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:   at  , set for  days.
       [ ] Jury  [ ]  Court


Notes: Matter heard.  Parties in agreement on preservation of the records and Court will issue report to Judge Conti.


cc: Gloria, Terri