```
ORIGINAL
FILED

JUL 18 AM 10: 44

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
```

1  JACK RUSSO (State Bar No. 96068)
   RUSSO & HALE LLP
2  401 Florence Street
   Palo Alto, CA 94301
3  Telephone: (650) 327-9800
   Facsimile: (650) 327-3737
4  Email: jrusso@computerlaw.com

5  Attorneys for Defendant
   PAUL FRIEDMAN
6

7                UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9                    SAN FRANCISCO DIVISION

10

11 ARCSOFT, INC.,                 )  Case No.: C-07-CV-03512 SC
                                  )
12                    Plaintiff.  )  **DEFENDANT PAUL FRIEDMAN'S**
                                  )  **DECLARATION UNDER OATH**
13       vs.                      )
                                  )  [SIGNATURE BY FACSIMILE]
14 PAUL FRIEDMAN,                 )
                                  )
15                    Defendant.  )
                                  )  Date: July 18, 2007
16                                )  Time: 10:00 a.m.
                                  )  Ctrm: F, 15th Floor
17                                )  Before: Magistrate Judge Nandor Vadas

18

19     I, Paul Friedman, hereby declare under penalty of perjury:

20     1.   My name is Paul Friedman; I am the Defendant in this action. I have personal

21 knowledge of the following facts and could and would personally testify thereto if and when

22 called as a witness in this action.

23     2.   I was present in Court on July 13, 2007 and in accordance with the Court's July

24 13, 2007 Order (a copy of which is attached as Exhibit "A" [the "Order"]), I hereby confirm that

25

26 I did call Hewett-Packard and instructed that they immediately return the computer. They have

27 now returned and I have not even opened the box. My records show and my recollection is that

28 this computer was shipped to HP for repairs before I received any legal papers and before I

Decl. Under Oath                                                     C07-05312 SC

1. knew of any lawsuit against me by ArcSoft, Inc. ("ArcSoft" or "Plaintiff"). A copy of that shipping receipt is attached as Exhibit "B".

3. Also, in accord with the Court's Order, I hereby confirm that I do not have any of Plaintiff's proprietary property or any other property of Plaintiff; my attorney (Jack Russo, Esq. and RUSSO & HALE LLP) has, as represented by him in Court, the USB hard disk and the three USB flash drives that were returned to me by the Plaintiff after I produced them last Monday, July 9, during the 5+ hour meeting I had with Plaintiff's counsel in compliance with the Court's TRO. The laptop itself was returned to ArcSoft on June 27, 2007–well before their filing of this lawsuit. I never used any erasure, wiping or other data elimination program on this laptop other than the standard "delete" and "defragment" tools on every common personal computer [so that I could remove and]; I only removed one personal folder which had just my personal files from this laptop. This particular laptop was over 4 or 5 years old and has had hard disk and reliability issues throughout my employment as shown by the multiple requests I had made to the ArcSoft IT Group during my employment, but I hereby reaffirm that I did nothing to cause the destruction or erasure of any data from this computer other than the removal of my personal files.

4. Finally, in accord with the Court's Order, I have preserved all computer evidence and specifically, I have segregated all of my computers and I am not using them; I have gone out and purchased a new laptop computer to use fresh, and which assures that I do not access any of my other computers until there is a resolution between counsel and/or with the Court about how electronic data is handled.

5. Additionally, though not required by the Court's Order, I hereby affirm that I have not used, disclosed, or otherwise taken advantage of any of Plaintiff's data; I have simply sought to preserve evidence which I have of the substantial dollar amounts that are owed to me

Decl. Under Oath                                2                                C07-05312 SC

by Plaintiff as a result of their multiple California Labor Code violations and because of their wrongful termination of my employment.

I declare, under penalty of perjury under the laws of the State of California, that the foregoing is true and correct and that this declaration was executed on this 18th day of July, 2007 in San Francisco, California.

_____
Paul Friedman

**EXHIBIT A**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

C-07-3512          SAMUEL CONTI          DATE 7/13/07
Case Number         Judge

Title: ARCSOFT INC.                vs PAUL FRIEDMAN

Attorneys: BRADFORD NEWMAN          JACK RUSSO
           SHANNON SEVEY

Deputy Clerk: T. De Martini    Court Reporter: Debra Pas

PROCEEDINGS: Order to Show Cause Hearing

CASE REFERRED TO: U.S. MAGISTRATE JUDGE NANDOR VADAS

The parties are to appear before Magistrate Judge Nandor Vadas on Wednesday, July 18, 2007 at 10:00 A.M. and report on Defendant's compliance with the Temporary Injunction Order filed on July 6, 2007.

ORDERED AFTER HEARING:

1) The Defendant is to call Hewlett Packard and have them immediately return the computer he sent to them before fixing it.

2) The Defendant is to file an affidavit under penalty of perjury stating that he does not have any of Plaintiff's proprietary property.

3) Plaintiff's bond of $25,000. is to stay in place pending further hearings.

4) The Defendant is to preserve all computer evidence in compliance with the Temporary Restraining Order filed July 6, 2007.

cc Wings

# EXHIBIT B

FedEx Track

| | | |
|---|---|---|
| Tracking number | 932478309585 | Reference |
| Signed for by | J.WASHINGTON | Destination | JQA91801 Memphis, TN
| Ship date | Jul 5, 2007 | Delivered to | Shipping/Receiving |
| Delivery date | Jul 6, 2007 6:47 AM | Service type | Standard Overnight |
| | | Weight | 9.0 lbs. |

Status: Delivered

Signature Image available: Yes

| Date | Time | Activity | Location |
|---|---|---|---|
| Jul 6, 2007 | 6:47 AM | Delivered | Memphis, TN |
| | 5:15 AM | On FedEx vehicle for delivery | MEMPHIS, TN |
| | 5:20 AM | At local FedEx facility | MEMPHIS, TN |
| | 4:21 AM | Departed FedEx location | MEMPHIS, TN |
| | 1:09 AM | Arrived at FedEx location | MEMPHIS, TN |
| Jul 6, 2007 | 7:29 PM | Departed FedEx location | OAKLAND, CA |
| | 5:06 PM | Left origin | EMERYVILLE, CA |
| | 5:14 PM | Picked up | EMERYVILLE, CA |
| Jul 2, 2007 | 3:09 AM | Package data transmitted to FedEx | |

Signature proof    E-mail results    Track more shipments

Your Name:

Your E-mail Address:

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | | |
| | English | | |
| | English | | |
| | English | | |

Select format: HTML  Text  Wireless

Add personal message:
Not available for Wireless or non-English characters

By selecting this check box and the Submit button, I agree to these Terms and Conditions

This site is protected by copyright and trademark laws under US and International law. All rights reserved © 1995-2007 FedEx

http://www.fedex.com/Tracking    7/13/2007