1  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   BRADFORD K. NEWMAN (SB# 178902)
2  SHANNON S. SEVEY (SB# 229319)
   PATRICK M. SHERMAN (SB# 229959)
3  Five Palo Alto Square
   Sixth Floor
4  Palo Alto, CA  94306-2155
   Telephone:  (650) 320-1800
5  Facsimile:  (650) 320-1900

6  Attorneys for Plaintiff
   ArcSoft Inc.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   OAKLAND DIVISION

11

12 | ARCSOFT INC.,                | CASE NO. 3:07-CV-3512 SC
13 |         Plaintiff,           | **STIPULATION AND [PROPOSED] ORDER TO SUBMIT CASE TO MEDIATION**
14 |    vs.                       |
15 | PAUL FRIEDMAN,               |
16 |         Defendant.           |
17
18

19         WHEREAS, ARCSOFT, INC. ("Plaintiff") filed this lawsuit on July 5, 2007,

20 naming as a defendant PAUL FRIEDMAN ("Defendant");

21         WHEREAS, this Court granted a Temporary Restraining Order (TRO) on July 6,

22 2007;

23         WHEREAS, this Court modified its TRO in an Order dated July 13, 2007;

24         WHEREAS, Plaintiff and Defendant have agreed to submit this case to mediation;

25         NOW THEREFORE, Plaintiff and Defendant, by and through their counsel of

26 record, hereby stipulate as follows:

27         1.      Upon executing this stipulation the parties agree that this matter shall be

28

STIPULATION AND ORDER TO SUBMIT CASE TO MEDIATION

1. submitted to mediation by referral to the U.S. District Court for the Northern District of California's ADR Unit (however, the parties may agree to use a private mediator);

2. In the event the mediation does not result in a settlement, Plaintiff stipulates to an extension of time for Defendant to file a first responsive pleading and/or cross-complaint within two (2) weeks following the mediation date;

3. The parties agree that nothing in this stipulation will be deemed a waiver of Plaintiff's or Defendant's rights under any applicable statute or contract.

DATED: August 5, 2007          PAUL, HASTINGS, JANOFSKY & WALKER LLP

_____
BRADFORD K. NEWMAN
Attorneys for Plaintiff
ARCSOFT, INC.

DATED: August 15, 2007         RUSSO & HALE LLP

_____
Jack Russo
Attorneys for Defendant
PAUL FRIEDMAN

**IT IS SO ORDERED.**

Entered this 16 day of August, 2007.

_____
Judge of the United States District Court
for the Northern District of California

IT IS SO ORDERED
Judge Samuel Conti