1
2
3
4
5
6
7

**United States District Court**
**Northern District of California**

8          # UNITED STATES DISTRICT COURT

9          ## Northern District of California

10    ArcSoft Inc,                                    07-03512 SC MED

11                    Plaintiff(s),            **Notice of Appointment of Mediator**

12          v.

13    Friedman,

14                    Defendant(s).

15    TO COUNSEL OF RECORD:

16          The court notifies the parties and counsel that the Mediator assigned to this case

17    is:

18                    **Daniel Bowling**
                      US District Court - ADR Unit
19                    450 Golden Gate Ave., 16th Fl.
                      San Francisco, CA 94102
20                    415-522-2022

21          Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which

22    governs the Mediation program.  The mediator will schedule a joint phone conference

23    with counsel under ADR L.R. 6-6 and will set the date of the mediation session within

24    the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.

25    The court permits the mediator to charge each party its pro rata share of the cost of the

26    phone conference.

27
28

1    Counsel are reminded that the written mediation statements required by the ADR

2   L.R. 6-7 shall NOT be filed with the court.

3

4   Dated: August 20, 2007

5                                                  RICHARD W. WIEKING
                                                   Clerk
6                                                  by:     Claudia M. Forehand

7   

8   _____
                                                   ADR Case Administrator
9                                                  415-522-2059
                                                   Claudia_Forehand@cand.uscourts.gov

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-03512 SC MED                    - 2 -