JACK RUSSO (State Bar No. 96068)
RUSSO & HALE LLP
401 Florence Street
Palo Alto, CA 94301
Telephone: (650) 327-9800
Facsimile: (650) 327-3737
Email: jrusso@computerlaw.com

Attorneys for Defendant
PAUL FRIEDMAN

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| ARCSOFT, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>PAUL FRIEDMAN,<br><br>        Defendant. | Case No. C-07-03512 SC<br><br>JOINT STIPULATION AND [PROPOSED] ORDER |

    WHEREAS, this Complaint in this action was filed by Plaintiff Arcsoft, Inc. ("Plaintiff") on July 5, 2007;

    WHERAS, Defendant Paul Friedman ("Defendant Friedman") has prepared in response to the Complaint a Motion to Dismiss under Federal Rule of Civil Procedure, Rule 12, and certain other motions;

    WHEREAS, the parties desire to first attempt to resolve this dispute through mediation before filing additional motions;

    WHEREAS, parties have jointly stipulated to this Court's Order of August 16, 2007 sending this matter to mediation ("Mediation");

    WHEREAS, parties have encountered a temporary delay in logistics of scheduling the Mediation.

NOW, THEREFORE, it is stipulated (by this "Stipulation") and agreed as follows:

1.  Defendant Friedman shall have until October 31, 2007 to answer, move, or otherwise respond to the Complaint.

2.  This Stipulation is without prejudice to and in no way constitutes a waiver of either Party's position in this matter. Both parties reserve all rights.

IN WITNESS WHEREOF, the parties have, through their respective counsel, entered this Stipulation on this 12 day of September 2007 and are duly filing it with the Court for the Court's approval.

PAUL HASTINGS JANOFSKY    RUSSO & HALE LLP
& WALKER LLP

By: /s/ Bradford Newman    By: /s/ Jack Russo
Bradford Newman    Jack Russo

Attorneys for Plaintiff    Attorneys for Defendant
ARCSOFT, INC.    PAUL FRIEDMAN

FOR GOOD CAUSE SHOWN, the Stipulation as set forth above is adopted as an Order of this Court.

Dated: _____    _____
    Judge of the District Court