1  JACK RUSSO (State Bar No. 96068)
   RUSSO & HALE LLP
2  401 Florence Street
   Palo Alto, CA 94301
3  Telephone: (650) 327-9800
   Facsimile: (650) 327-3737
4  Email:  jrusso@computerlaw.com

5  Attorneys for Defendant
   PAUL FRIEDMAN

6
                 IN THE UNITED STATES DISTRICT COURT
7
              IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
                       (SAN FRANCISCO DIVISION)
9

10                                          Case No. C-07-03512 SC
   ARCSOFT, INC.,
11                                          JOINT STIPULATION AND [PROPOSED]
                          Plaintiff,        ORDER
12
                    vs.
13
   PAUL FRIEDMAN,
14
                          Defendant.
15

16

17        WHEREAS, this Complaint in this action was filed by Plaintiff Arcsoft, Inc. ("Plaintiff")

18  on July 5, 2007;

19        WHERAS, Defendant Paul Friedman ("Defendant Friedman") has prepared in response to

20  the Complaint a Motion to Dismiss under Federal Rule of Civil Procedure, Rule 12, and certain

21  other motions;

22        WHEREAS, the parties desire to first attempt to resolve this dispute through mediation

23  before filing additional motions;

24        WHEREAS, parties have jointly stipulated to this Court's Order of August 16, 2007

25
26  sending this matter to mediation ("Mediation");

27        WHEREAS, parties have encountered a temporary delay in logistics of scheduling the

28  Mediation.

NOW, THEREFORE, it is stipulated (by this "Stipulation") and agreed as follows:

1.      Defendant Friedman shall have until October 31, 2007 to answer, move, or otherwise respond to the Complaint.

2.      This Stipulation is without prejudice to and in no way constitutes a waiver of either Party's position in this matter.  Both parties reserve all rights.

IN WITNESS WHEREOF, the parties have, through their respective counsel, entered this Stipulation on this *12* day of September 2007 and are duly filing it with the Court for the Court's approval.

PAUL HASTINGS JANOFSKY          RUSSO & HALE LLP
& WALKER LLP

By:  *Bradford K Newm*          By:  *Jock Russo*

Bradford Newman                 Jack Russo

Attorneys for Plaintiff         Attorneys for Defendant
ARCSOFT, INC.                   PAUL FRIEDMAN

FOR GOOD CAUSE SHOWN, the Stipulation as set forth above is adopted as an Order of this Court.

Dated:  9/13/07 _____

_____
Judge of the                    *[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]*