# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| ArcSoft Inc, | 07-03512 SC MED |
| Plaintiff(s), | **Notice of ReAppointment of Mediator** |
| v. | |
| Friedman, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case, Daniel Bowling, has been removed. The Mediator now assigned to this case is:

> **Howard A. Herman**
> US District Court - ADR Program
> 450 Golden Gate Ave., 16th Floor
> San Francisco, CA 94102
> 415-522-2027
> Howard_Herman@cand.uscourts.gov

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. Mr. Herman will conduct the pre-mediation phone conference with counsel under ADR L.R. 6-6 on Friday, September 28, 2007 at 11:00 a.m. Please confirm your availability by email to Mr. Herman. The mediation session will be conducted as agreed by counsel on Tuesday, October 30, 2007.

**Notice of ReAppointment of Mediator**
07-03512 SC MED                          - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: September 18, 2007

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand

---
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice of ReAppointment of Mediator**
07-03512 SC MED                          - 2 -