1  BRADFORD K. NEWMAN (SB# 178902)
   bradfordnewman@paulhastings.com
2  SHANNON S. SEVEY (SB# 229319)
   shannonsevey@paulhastings.com
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   Five Palo Alto Square
4  Sixth Floor
   Palo Alto, CA 94306-2155
5  Telephone: (650) 320-1800
   Facsimile: (650) 320-1900
6
   Attorneys for Plaintiff
7  ARCSOFT INC.

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12 ARCSOFT INC.,                    | Civil Action No. C07-03512 SC
13         Plaintiff,                |
                                     | **NOTICE OF CHANGE OF ADDRESS**
14     vs.                           | **PURSUANT TO LOCAL RULE 3-11**
15 PAUL FRIEDMAN,                    |
16         Defendant.                |

17

18 TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

19         PLEASE TAKE NOTICE that effective October 22, 2007, Bradford K. Newman, one of

20 the counsel of record for Plaintiff ArcSoft Inc., will relocate to a new address. Mr. Newman's

21 new address as of October 22, 2007 will be:

22         Bradford K. Newman
           Paul, Hastings, Janofsky & Walker LLP
23         1117 S. California Drive
           Palo Alto, CA 94304-1106
24         Telephone: (650) 320-1827 / Facsimile: (650) 320-1900

25
26 DATED: October 16, 2007          PAUL, HASTINGS, JANOFSKY & WALKER LLP

27                                  By: _____
                                              BRADFORD K. NEWMAN
28

Case No. C07-03512 SC
                                                             NOTICE OF CHANGE OF ADDRESS

**PROOF OF SERVICE BY U.S. MAIL**

STATE OF CALIFORNIA          )
                             ) ss:
COUNTY OF SANTA CLARA        )

I am employed in the City of Palo Alto, County of Santa Clara, State of California. I am over the age of 18, and not a party to the within action. My business address is Five Palo Alto Square, Sixth Floor, Palo Alto, California 94306-2155.

On October 16, 2007, I caused to be served copies copy of the foregoing documents described as:

**NOTICE OF CHANGE OF ADDRESS PURSUANT TO LOCAL RULE 3-11**

☐ **VIA PDF EMAIL:**

By forwarding the documents by electronic transmission on this date, in compliance with Civil L.R. 23-2, to _____ at the Designated Internet Sites as listed below.

☒ **VIA U.S. MAIL:**

On October 16, 2007, at Palo Alto, California. by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below:

**Jack Russo**
**RUSSO & HALE LLP**
**401 Florence Street**
**Palo Alto, CA 94301 USA**

☐ **VIA OVERNIGHT DELIVERY:**

By delivering such document(s) to an overnight mail service or an authorized courier in a sealed envelope or package designated by the express service courier addressed to the person(s) on whom it is to be served as listed below:

☐ **VIA FACSIMILE:**

I caused said documents to be transmitted by facsimile pursuant to Federal Rule of Civil Procedures 5 (b)(2)(d). The facsimile was transmitted to the facsimile numbers shown below on October 16, 2007. The facsimile transmission report indicated that the transmission was complete and without error.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 16, 2007, at Palo Alto, California.

_____
CHERYL A. GARDNER