**FILED**

NOV 0 8 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| ArcSoft Inc, | No. C 07-03512 SC MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Friedman, | |
| Defendant(s). | |

*Instructions*: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _10/30/07 and extended follow-up_

2. Did the case settle?      ☒ fully      ☐ partially      ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**      ☒ YES      ☐ NO

Dated: _11/7/07_                                _/s/ Howard H._

Mediator, Howard A. Herman
US District Court - ADR Program
450 Golden Gate Ave., 16th Floor
San Francisco, CA 94102

**Certification of ADR Session**
07-03512 SC MED