PAUL, HASTINGS, JANOFSKY & WALKER LLP
BRADFORD K. NEWMAN (SB# 178902)
SHANNON S. SEVEY (SB# 229319)
1117 S. California Avenue
Palo Alto, CA 94304-1106
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

Attorneys for Plaintiff
ArcSoft Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARCSOFT INC., <br><br> Plaintiff, <br><br> v. <br><br> PAUL FRIEDMAN, <br><br> Defendant. | CASE NO. 3:07-CV-3512 SC <br><br> **JOINT CASE MANAGEMENT STATEMENT** |

JOINT CASE MANAGEMENT STATEMENT

1   Pursuant to Civil Local Rule 16-9, Plaintiff ArcSoft Inc. ("ArcSoft") and Defendant Paul
2   Friedman ("Friedman") hereby provide their Joint Case Management Statement.
3   <u>Update</u>: On October 30, 2007, ArcSoft and Friedman participated in mediation and
4   resolved the case. ArcSoft and Friedman anticipate filing a joint stipulation of dismissal with the
5   Court by November 30, 2007.
6   <u>ADR</u>: Attached hereto is a true and correct copy of the Certification of ADR Session
7   indicating that ArcSoft and Friedman successfully completed mediation and fully settled their
8   dispute.

10  DATED: November 9, 2007         PAUL, HASTINGS, JANOFSKY & WALKER LLP

12                                  _____
                                    BRADFORD K. NEWMAN
13                                  Attorneys for Plaintiff
                                    ARCSOFT INC.

15  DATED: November 9, 2007         RUSSO & HALE LLP
16

18                                  _____
                                    Jack Russo
19                                  Attorneys for Defendant
                                    PAUL FRIEDMAN

**FILED**

NOV 0 8 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RECEIVED**

NOV 0 8 2007

PAUL, HASTINGS, JANOFSKY
& WALKER LLP

# UNITED STATES DISTRICT COURT
## Northern District of California

ArcSoft Inc,

    Plaintiff(s),

v.

Friedman,

    Defendant(s).

No. C 07-03512 SC MED

**Certification of ADR Session**

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _10/30/07 and extended follow-up_

2. Did the case settle?  ☒ fully   ☐ partially   ☐ no

3. If the case did not settle fully, is any follow-up contemplated?
   - ☐ another session scheduled for (date) _____
   - ☐ phone discussions expected by (date) _____
   - ☐ no

4. IS THIS ADR PROCESS COMPLETED?   ☒ YES   ☐ NO

Dated: _11/7/07_

_/s/ Howard H._
Mediator, Howard A. Herman
US District Court – ADR Program
450 Golden Gate Ave., 16th Floor
San Francisco, CA 94102

**Certification of ADR Session**
07-03512 SC MED