IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ARCSOFT INC.,

        Plaintiff(s),

v.

PAUL FRIEDMAN,

        Defendant(s),

        No. C-07-3512 SC

        Clerk's Notice

YOU ARE NOTIFIED THAT the **Status Conference** scheduled for **November 16, 2007** before the Honorable Samuel Conti is **OFF CALENDAR.**

Dated: November 14, 2007        FOR THE COURT,

        Richard W. Wieking, Clerk

        By:  T. De Martini
               Courtroom Deputy