# Paul**Hastings**

Paul, Hastings, Janofsky & Walker LLP
1117 S. California Avenue
Palo Alto, CA 94304-1106
telephone 650-320-1800 • facsimile 650-320-1900 • www.paulhastings.com

Atlanta
Beijing
Brussels
Chicago
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Stamford
Tokyo
Washington, DC

(650) 320-1827
bradfordnewman@paulhastings.com

December 4, 2007

Hon. Samuel Conti
United States District Court
Northern District of California
San Francisco Division
450 Golden Gate Avenue
San Francisco, CA 94102

Re:    *ArcSoft Inc. v. Paul Friedman*; USDC ND Case No. C-07-03512 SC

Dear Judge Conti:

In their Joint Case Management Statement filed with the Court on November 9, 2007 in connection with the above-referenced case, the parties indicated that they anticipated filing a joint stipulation of dismissal with the Court by November 30, 2007.

The parties have executed a settlement agreement; however, we encountered unexpected impossibility in completing one remaining condition for dismissal related to misplaced stock certificates. The parties are working together diligently to resolve this remaining condition and respectfully request that the Court allow the parties until December 30, 2007 to file a joint stipulation of dismissal.

Respectfully Submitted,

*Bradford K. Newman*

Bradford K. Newman, Esq.
PAUL, HASTINGS, JANOFSKY & WALKER LLP
for Plaintiff ArcSoft Inc.

*Jack Russo*

Jack Russo, Esq.
RUSSO & HALE
for Defendant Paul Friedman