| | |
|---|---|
| 1 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| | BRADFORD K. NEWMAN (SB# 178902) |
| 2 | SHANNON S. SEVEY (SB# 229319) |
| | 1117 S. California Avenue |
| 3 | Palo Alto, CA 94304-1106 |
| | Telephone: (650) 320-1800 |
| 4 | Facsimile: (650) 320-1900 |
| 5 | Attorneys for Plaintiff |
| | ArcSoft Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ARCSOFT INC.,

    Plaintiff,

v.

PAUL FRIEDMAN,

    Defendant.

CASE NO. 3:07-CV-3512 SC

**[PROPOSED] STIPULATED ORDER OF DISMISSAL**

1   Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff ArcSoft
2   Inc. and Defendant Paul Friedman hereby stipulate, by and through their respective counsel, that
3   each and every claim set forth in ArcSoft's Complaint against Paul Friedman in the above-
4   captioned action, is dismissed with prejudice.
5   Each party is to bear its own costs.

DATED: December 21, 2007    PAUL, HASTINGS, JANOFSKY & WALKER LLP

_____
BRADFORD K. NEWMAN
Attorneys for Plaintiff
ARCSOFT INC.

DATED: December 20, 2007    RUSSO & HALE LLP

_____
JACK RUSSO
Attorneys for Defendant
PAUL FRIEDMAN

**IT IS SO ORDERED.**

Entered this _____ day of December, 2007.


_____
THE HONORABLE SAMUEL CONTI
United States District Court Judge