1  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   BRADFORD K. NEWMAN (SB# 178902)
2  SHANNON S. SEVEY (SB# 229319)
   1117 S. California Avenue
3  Palo Alto, CA 94304-1106
   Telephone: (650) 320-1800
4  Facsimile: (650) 320-1900

5  Attorneys for Plaintiff
   ArcSoft Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ARCSOFT INC., | CASE NO. 3:07-CV-3512 SC |
|---|---|
| Plaintiff, | [PROPOSED] STIPULATED ORDER OF DISMISSAL |
| v. | |
| PAUL FRIEDMAN, | |
| Defendant. | |

1  Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff ArcSoft
2  Inc. and Defendant Paul Friedman hereby stipulate, by and through their respective counsel, that
3  each and every claim set forth in ArcSoft's Complaint against Paul Friedman in the above-
4  captioned action, is dismissed with prejudice.
5  Each party is to bear its own costs.

DATED: December 21, 2007      PAUL, HASTINGS, JANOFSKY & WALKER LLP

*[signature]*

BRADFORD K. NEWMAN
Attorneys for Plaintiff
ARCSOFT INC.

DATED: December 20, 2007      RUSSO & HALE LLP

*[signature]*

JACK RUSSO
Attorneys for Defendant
PAUL FRIEDMAN

**IT IS SO ORDERED.**
                              January, 2008.
Entered this __2__ day of ~~December, 2007.~~

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED — Judge Samuel Conti]*

THE HONORABLE SAMUEL CONTI
United States District Judge