1  BRADFORD K. NEWMAN (SB# 178902)
   bradfordnewman@paulhastings.com
2  SHANNON S. SEVEY (SB# 229319)
   shannonsevey@paulhastings.com
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   Five Palo Alto Square
4  Sixth Floor
   Palo Alto, CA  94306-2155
5  Telephone:  (650) 320-1800
   Facsimile:  (650) 320-1900
6
   Attorneys for Plaintiff
7  ARCSOFT INC.

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 ARCSOFT INC.,                          CASE NO. C07-03512 SC

13              Plaintiff,
                                          **[PROPOSED] ORDER GRANTING
14      vs.                               RETURN OF BOND**

15 PAUL FRIEDMAN,

16              Defendant.

1  In light of the dismissal of the above-referenced case, and for good cause shown, the clerk of the
2  United States District Court, Northern Division is hereby ordered to return the bond of Twenty-
3  Five Thousand Dollars ($25,000) to ArcSoft within fifteen (15) court days of the date of this
4  Order.

6  **IT IS SO ORDERED.**

7      Entered this _____ day of April, 2008.

                                                                   _____
                                                                   The Honorable Samuel Conti
                                                                   United States District Court Judge