1  BRADFORD K. NEWMAN (SB# 178902)
   bradfordnewman@paulhastings.com
2  SHANNON S. SEVEY (SB# 229319)
   shannonsevey@paulhastings.com
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   1117 S. California Avenue
4  Palo Alto, CA  94304-1106
   Telephone:  (650) 320-1800
5  Facsimile:  (650) 320-1900

6  Attorneys for Plaintiff
   ARCSOFT INC.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12  ARCSOFT INC.,                    CASE NO. C07-03512 SC

13              Plaintiff,
                                     **[PROPOSED] ORDER GRANTING
14       vs.                         RETURN OF BOND**

15  PAUL FRIEDMAN,

16              Defendant.

In light of the dismissal of the above-referenced case, and for good cause shown, the clerk of the United States District Court, Northern Division is hereby ordered to return the bond of Twenty-Five Thousand Dollars ($25,000) to ArcSoft within fifteen (15) court days of the date of this Order.

**IT IS SO ORDERED.**

Entered this _____ day of April, 2008.

_____
The Honorable Samuel Conti
United States District Court Judge