BRADFORD K. NEWMAN (SB# 178902)
bradfordnewman@paulhastings.com
SHANNON S. SEVEY (SB# 229319)
shannonsevey@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
1117 S. California Avenue
Palo Alto, CA  94304-1106
Telephone:  (650) 320-1800
Facsimile:  (650) 320-1900

Attorneys for Plaintiff
ARCSOFT INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARCSOFT INC.,<br><br>            Plaintiff,<br><br>     vs.<br><br>PAUL FRIEDMAN,<br><br>            Defendant. | CASE NO. C07-03512 SC<br><br>**[PROPOSED] ORDER GRANTING RETURN OF BOND** |

1. In light of the dismissal of the above-referenced case, and for good cause shown, the clerk of the United States District Court, Northern Division is hereby ordered to return the bond of Twenty-Five Thousand Dollars ($25,000) to ArcSoft within fifteen (15) court days of the date of this Order.

**IT IS SO ORDERED.**

Entered this __11__ day of April, 2008.

_____
The Honorable Samuel Conti
United States District Judge

*IT IS SO ORDERED.*
*Judge Samuel Conti*